KATHRYN THICKSTUN LEFF
California Bar Number 135014
110 West C Street, Suite 2108
San Diego, California 92101-3910

Telephone: (619)523-5375
Facsimile: (619)523-5376
E-Mail: ktleff@cox.net

FILED

07 JAN 31 PM 12:21

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

Attorney for FRANCISCA CELAYA-LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRANCISCA CELAYA-LOPEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07 CR 0036 L <br><br> REQUEST TO FILE UNDER SEAL |

REQUEST TO FILE UNDER SEAL

It is requested the attached Notice of Motion, Motion, Declaration and Order be filed under seal as the content is related to defense strategy.

Date: January 29, 2007

_____
KATHRYN THICKSTUN LEFF
Attorney for Defendant FRANCISCA CELAYA-LOPEZ

SO ORDERED:

Date: 1/30/07

_____
HON. M. JAMES LORENZ
United States District Court